**Order entered January 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00798-CV

**WRENN WOOTEN, Appellant**

**V.**

**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, JIM ZARA, AND PATRICK MATTHEWS, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01871-2018**

## ORDER

Before the Court is appellant's December 31, 2020 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **January 22, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
           JUSTICE